JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
OSCAR GONZALEZ DE LLANO, DCBN 491042
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4818
Facsimile: (415) 744-0134
Email: oscar.gonzalez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLINE LINDA STINGLEY, | ) |
| Plaintiff, | ) Case No.: 2:22-cv-01761-NJK ) |
| vs. | ) **ORDER GRANTING** ) **EXTENSION OF TIME** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

Based upon Defendant's Motion for Extension of Time to File Certified Administrative Record and Answer, and for good cause shown, **IT IS ORDERED** that the date on which Defendant's answer is due is extended by thirty days, from January 3, 2023 to February 2, 2023. Defendant shall file the answer on or before February 2, 2023. If Defendant is unable to produce the certified administrative record necessary to file an answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 3, 2023