JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
Facsimile: (415) 744-0134
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLINE LINDA STINGLEY,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:22-cv-01761-NJK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 10, 2023                    Respectfully submitted,

                                         */s/ Marc V. Kalagian*
                                         MARC V. KALAGIAN
                                         (*as authorized via email on April 4, 2023)
                                         Attorney for Plaintiff

Dated: April 10, 2023                    Respectfully submitted,

                                         JASON M. FRIERSON
                                         United States Attorney

                                         */s/ Zachary Berkoff-Cane*
                                         ZACHARY BERKOFF-CANE
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

Plaintiff's motion for remand, Docket No. 20, is **DENIED** as moot.

                                         IT IS SO ORDERED:

                                         _____
                                         HON. NANCY J. KOPPE
                                         UNITED STATES MAGISTRATE JUDGE

                                         DATED: April 11, 2023

2